UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOEL GEFFRARD,

    Petitioner,

v.                                         CASE NO: 8:09-CV-1092-T-30EAJ

ATTORNEY GENERAL OF THE
UNITED STATES, et al.,

    Respondents.
_____/

## ORDER OF DISMISSAL

Before the Court is the Defendants' Motion to Dismiss for Mootness (Dkt. #3). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1.     Said Motion (Dkt. #3) is GRANTED.

2.     This cause is dismissed.

3.     The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on September 1, 2009.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**COPIES TO**:
Counsel/Parties of Record

*F:\Docs\2009\09-cv-1092.dismissal 3.wpd*